**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

PABLO DEVAS-RODRIGUEZ                                                                                  PLAINTIFF
REG. # 45755-180

v.                                           NO: 2:07CV00057 JLH

UNITED STATES BUREAU OF PRISONS, et al.                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. *See Woodford v. Ngo*, 126 S. Ct. 2378 (2006).

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (docket entry #26) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE