# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

PABLO DEVAS-RODRIGUEZ                                                                  PLAINTIFF
REG. # 45755-180

v.                              NO: 2:07CV00057 JLH

UNITED STATES BUREAU OF PRISONS, et al.                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies that an *in forma pauperis* appeal from its order and this judgment entered thereunder would not be taken in good faith.

DATED this 27th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE